FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 23, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| OREGON TOOL, INC. f/k/a BLOUNT INTERNATIONAL, INC.,<br><br>    Plaintiff,<br><br> v.<br><br>IRONCRAFT, LLC; and CHRISTOPHER L. HAEFER, and his marital community,<br><br>    Defendants.<br><br>CHRISTOPHER L. HAEFER,<br><br>    Counterclaimant,<br><br> v.<br><br>OREGON TOOL, INC.,<br><br>    Counterclaim-Defendant. | No. 4:23-CV-05110-MKD<br><br>ORDER OF DISMISSAL<br><br>**ECF Nos. 120, 121** |

Before the Court is the parties' Stipulated Motion to Dismiss, ECF No. 121.

The parties agree to the dismissal of this case, including all claims and

ORDER - 1

counterclaims. Fed. R. Civ. P. 41(a)(1)(A)(ii) and LCivR 41(a)(1)(B) provide that a plaintiff may dismiss an action without court order by filing a stipulated motion to dismiss signed by all parties that have appeared. The instant Stipulated Motion to Dismiss is signed by all parties who have appeared, and seeks dismissal with prejudice, and without an award of fees or costs.

Accordingly, **IT IS HEREBY ORDERED:**

1. Pursuant to Rule 41(a)(1)(A)(ii), LCivR 41(a)(1)(B), and the parties' stipulation, all claims and counterclaims against all defendants and counterclaim-defendants are **DISMISSED with prejudice**, without an award of fees or costs.

2. All pending dates, hearings, and deadlines, if any, are **STRICKEN**.

3. All pending motions, including Defendant Haefer's Motion to Dismiss, **ECF No. 120**, are **DENIED as moot.**

**IT IS SO ORDERED.** The District Court Executive is directed to file this order, provide copies to counsel, and **CLOSE** the file.

DATED April 23, 2024.

<u>s/Mary K. Dimke</u>
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 2